IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL MUNOZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-3249-P |
| § | |
| 193RD JUDICIAL DISTRICT COURT, § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, *Defendant's Motion to Dismiss and Memorandum in Support Thereof*, filed November 30, 2011 (doc. 5), and *Defendant 193rd District Court's Motion to Dismiss Under Federal Rules 12(b)(1) and 12(b)(6) and Brief in Support*, filed December 12, 2011 (doc. 8) are **GRANTED**, in part, and **DENIED as moot**, in part, and *Deutsche Bank National Trust Company, as Trustee's Motion to Dismiss*, filed December 22, 2011 (doc. 10) is **GRANTED**. The claims against the 193rd Judicial District Court of Dallas County Texas; and the U.S. District Court Northern District of Texas, Dallas Division, and its office, officers, clerks, agents, assignees, and associations are **DISMISSED without prejudice** for lack of subject matter jurisdiction. The claims against Deutsche Bank National Trust Company, and its officers, trustees, agents, assignees and associations etc. are **DISMISSED with prejudice** for failure to state a claim. The claims against

Timothy W. Sorenson, individually and the firm, as well as its officers, trustees, agents, and assignees, are *sua sponte* **DISMISSED with prejudice** for failure to state a claim.

SIGNED this 25th day of June, 2012.

*Jorge A. Solis*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE